**Electronically Filed
Supreme Court
SCWC-13-0000531
27-JUN-2016
04:12 PM**

SCWC-13-0000531

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WILLIAM A. ARTHUR, SR., Individually, and
THE ESTATE OF MONA ARTHUR thru William A. Arthur, Sr.
as the Personal Representative,
Respondents/Plaintiffs/Appellants/Cross-Appellees,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF HAWAIIAN HOME LANDS;
KAMEHAMEHA INVESTMENT CORPORATION; DESIGN PARTNERS INC.,
Respondents/Defendants/Appellees/Cross-Appellees,

and

COASTAL CONSTRUCTION CO., INC.;
SATO AND ASSOCIATES, INC.; and DANIEL S. MIYASATO,
Petitioners/Defendants/Appellees/Cross-Appellants,

_____

KAMEHAMEHA INVESTMENT CORPORATION,
Respondent/Third-Party Plaintiff/Appellee/Cross-Appellee,
vs.
KIEWIT PACIFIC CO.,
Respondent/Third-Party Defendant/Appellee/Cross-Appellee

_____

KIEWIT PACIFIC CO.,
Respondent/Fourth-Party Plaintiff/Appellee/Cross-Appellee,
vs.
PACIFIC FENCE, INC.,
Respondent/Fourth-Party Defendant/Appellee/Cross-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000531; CIVIL NO. 05-1-1981-11)

ORDER OF CORRECTION
(By:  McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court filed on June 27, 2016, is corrected as follows:  In the credits on page 2, "RECKTENWALD" shall replace "RECTENWALD."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, June 27, 2016.

/s/ Sabrina S. McKenna

Associate Justice

